# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Sariah Goux** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 24-cv-2093-JES-EIL |
| | ) |
| **Church of Jesus Christ of Latter-day Saints** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the above captioned case is remanded back to the Judicial Circuit Court of Illinois in Macon County.

**Dated:** May 14, 2024

> s/ Shig Yasunaga
> Shig Yasunaga
> Clerk, U.S. District Court